UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>ROOT PAINT & GLASS CO., INC., et al.,<br><br>Defendant(s). | NO. C07-301MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has reviewed the Stipulation and Order for Extension of Dispositive Motions Filing Deadline (Dkt. No. 11). The request is DENIED. The proposed deadline is too close to the scheduled trial date. The dispositive motions deadline in this matter will be extended to **March 21, 2008.**

Filed this 11th day of March, 2008.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
        Deputy Clerk

MINUTE ORDER